DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ISAC QUINCY BROWN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-2712

[November 13, 2019]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Elizabeth Scherer, Judge; L.T. Case No. 95-15295CF10B.

Isac Quincy Brown, Okeechobee, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. See State v. Johnson*, 122 So. 3d 856 (Fla. 2013); *Boardman v. State*, 69 So. 3d 367 (Fla. 2d DCA 2011).

WARNER, FORST and KUNTZ, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***